IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 2:07mj62-SRW |
| | * | |
| **JUAN UBALDO-VIEZCA,** | * | |
| **DEFENDANT** | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as counsel for Defendant, Juan Ubaldo-Viezca, and prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, June 28, 2007.

                                                            /s/Timothy C. Halstrom
                                                            Timothy C. Halstrom
                                                            Bar Number HAL021
                                                            Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:


                                              /s/Timothy C. Halstrom  
                                              Timothy C. Halstrom  
                                              Bar Number HAL021